

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2022

No. 04-22-00054-CV

Douglas K. **SMITH**,
Appellant

v.

**PIONEER BANK**,
Appellee

&

No. 04-22-00056-CV

**IN RE** Douglas K. **SMITH**

Original Mandamus Proceeding[1]

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-24897
Honorable Norma Gonzales, Judge Presiding

## C O R R E C T E D   O R D E R

Appellant's motion for rehearing was due by September 1, 2022, and on that day, appellant filed a motion requesting a seven-day extension of time. After consideration, we **grant** the motion and **order** appellant to file his motion for rehearing **by September 8, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] This proceeding arises out of Cause No. 2021-CI-24897, styled Douglas K. Smith v. Pioneer Bank, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2022.



Michael A. Cruz,
Clerk of Court